Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Hakeem Hinton-Fultz          **Case Number:** 15CR10173

**Name of Sentencing Judicial Officer:** Honorable Indira Talwani, U.S. District Judge

**Date of Original Sentence:** 7/27/16
**Date of 1st Revocation Sentence:** 3/13/18
**Date of 2nd Revocation Sentence:** 5/3/18
**Date of 3rd Revocation Sentence:** 8/14/19

**Original Offense:** Distribution of Heroin, in violation of 12 U.S.C. § 841 (a)(1)

**Original Sentence:** 30 months of imprisonment to be followed by 36 months of supervised release
**1st Revocation Sentence:** 60 days of imprisonment to be followed by 34 months of supervised release
**2nd Revocation Sentence:** 90 days of imprisonment to be followed by 31 months of supervised release
**3rd Revocation Sentence:** 94 days of imprisonment to be followed by 24 months of supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 8/16/19

---

## NON-COMPLIANCE SUMMARY

**Violation Number**     **Nature of Noncompliance**

I          **Violation of Mandatory Condition #3:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

On 9/5/19, Hakeem Hinton-Fultz submitted a urine specimen for urinalysis. At that time, he admitted to using cocaine a few days prior. This specimen has been sent to the lab for testing. Following his admission to drug use, he denied the need for residential treatment. He stated that he could remain drug free with outpatient treatment and asked a chance to show this. He was instructed to report to the Lawrence Probation Office on Monday 9/9/19 for a drug test at 8:30am. He failed to report as instructed. He contacted this Probation Officer around 11:00am on 9/9/19, stating that he did not have a ride to the office.

On 9/10/19, Mr. Hinton-Fultz submitted a urine specimen for urinalysis. An instant test was performed and it resulted as positive for cocaine and fentanyl. When questioned about this result, Mr. Hinton-Fultz admitted that he had used cocaine but, did not knowingly ingest fentanyl, a few days prior to this test. This specimen has been sent to the lab for testing.

II    **Violation of Special Condition #1: The defendant is to participate in a program for substance abuse as directed by the U.S. Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of drugs.**

On 8/19/19, Mr. Hinton-Fultz was referred to NFI-MA for a substance use disorder intake and assessment. According to NFI-MA staff, he was scheduled for an intake on 8/28/19. He reportedly called NFI-MA on 8/28/19 and indicated that he would be a few minutes late for the scheduled appointment. After approximately one hour, the receptionist called him to reschedule the appointment. The intake was rescheduled for 9/3/19, however, he did no call or show for this appointment.

On 9/10/19, following his positive drug test result and admission to drug use, the Probation Office arranged for a placement in detoxification for him on 9/11/19. He failed to report for this placement. On 9/12/19, Mr. Hinton-Fultz contacted this writer to indicate that he did not have transportation to the detox program on 9/11/19. He did contact the Gavin Quincy detox on 9/12/19 and learned that they were still willing to accept him into their program, but that he needed to obtain his seizure medication prior to placement. Mr. Hinton-Fultz was able to obtain this medication and entered the Gavin Quincy detox program on 9/23/19, where he remains as of this date.

U.S. Probation Officer Action:
The Probation Office has continued to provide monitoring and services to address Mr. Hinton-Fultz's substance use disorder. We were able to assist him in securing a placement in a detoxification program and he has been referred to the Gavin Foundation, Charlestown Recovery Home, for long-term substance use disorder treatment. Given his response to treatment interventions and ultimately securing placement in a detoxification program, at this time, we respectfully recommend that no court action be taken. In the event additional noncompliance occurs, we will inform the court in a timely fashion.

Reviewed/Approved by:                                 Respectfully submitted,

/s/ Lisa M. Paiva                                     /s/ Thomas C. Mullen, III
Lisa M. Paiva                                         by  Thomas C. Mullen, III
Supervisory U.S. Probation Officer                    U.S. Probation Officer
                                                      Date: 9/25/2019

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

9/26/2019
_____
Date